# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJ DEWAYNE SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TILLY, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00388 DLB PC<br><br>ORDER DISMISSING ACTION |

　　　　Plaintiff Semaj Dewayne Smith ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on March 11, 2015.[1]  He names Principal Tilly, Teacher Willard, Teacher Brione, Vice Principal K. Freed, DDP Teacher Turkey, DDP Teacher Silva, and Vice Principal R. Rollins as Defendants.  On January 21, 2016, the Court screened the complaint and dismissed it for failure to state a claim. Plaintiff was directed to file an amended complaint within thirty days.  Over thirty days have passed and Plaintiff has failed to file an amended complaint or otherwise respond to the Court's order. Plaintiff was forewarned that if he failed to file an amended complaint in compliance with the Court's order, the action would be dismissed, with prejudice, for failure to state a claim.

　　　　Accordingly, IT IS HEREBY ORDERED that the action is DISMISSED WITH

---

[1] Plaintiff consented to the jurisdiction of the Magistrate Judge on April 6, 2015.

1

PREJUDICE for failure to state a claim.  This terminates this action in its entirety.

IT IS SO ORDERED.

Dated: **March 1, 2016**              /s/ *Dennis L. Beck*
                        UNITED STATES MAGISTRATE JUDGE